# ATTACHMENT 1

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

Maryann {Shaw} Nawrocki

2203 Art Museum Drive, # F239

Jacksonville, FL 32207

vs

(Full name of defendant(s))

Target Corporation-Stores,

Melissa Innis

Case Number:

26-cv-151-jdp

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Florida__ and resides at
(State)

2203 Art Museum Dr. # F 239 Jacksonville, Fl 32207
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant **TARGET CORPORATION**
(Name)

is (if a person or private corporation) a citizen of **Minnesota**
(State, if known)

and (if a person) resides at **1000 Nicolette Mall Minneapolis, MN 55403**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Target Store. 4301 Lien Rd. Madison, WI 53704**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Target Corporation-Stores

2. Target was a NO RESPONSE after I reported I was injured on May 16, 2009.

Target did not follow their protocol to request an IME / MRI to prove or disprove that I

sustained life-threatening, permanent damages to my body unloading the Semi-truck

Target {via} my attorney authored a "Full and Final Compromise agreement"[settlement]

substantiating I will not be able to maintain "pre-injury" gainful employment. Target's

agreement substantiated I am permanently damaged. Target was aware I was seriously

injured but still denied me any medical care. This is an attempt to murder!

3. Target has denied me medical care from May 16, 2009, to this present time.

Attachment One (Complaint) – 2

4 . I sustained life-threatening, lifetime damages to my body at the 4301 Lien Road Madison, Wisconsin East Side Target Store. Target was a no response after I reported my injuries to the managerial team. Target has refused to respect or acknowledge me as Target's African American team member. My body remains in an indeterminate state with aggregated damages because Target did not care for me after I was injured at the Madison, Wisconsin East side Target store. My injuries are life-threatening. I live with untreated trauma to this present time. I was not trained to work the Semi-truck at the Madison, Wisconsin Target store, I never volunteered of asked to work the truck.

5. Target executive team lead Melissa Innis coercively convince me to work the truck. Melissa Innis penciled my name on the schedule to work the truck out of harassment and discrimination. Because I was sometimes the ONLY African American at work at the Madison, Wisconsin Target Store. Melissa Innis wrote fallacious write-ups as her attempt to purge me from the Target store. When Melissa Innis fallacious write-ups did not work to have me abandon my employment with Target, to REMOVE the only African American "lasting" in the Target store out of the store. African American were not welcome at the Target Store. Discrimination Complaints have been filed before on the Madison, Wisconsin East side Target store.

Statutes violated: Title VII of the Civil Rights act 1964.  Title VI of the Civil Rights Act of 1964 and 42 U.S.C 1981. The fourteen Amendment, equal protection.

H.J. Res. 17 [2019]

4. I sustained life-threatening, lifetime damages to my body at the 4301 Lien Road Madison, Wisconsin East Side Target Store. Target was a no response after I reported my injuries to the managerial team. Target has refused to respect or acknowledge me as Target's African American team member. My body remains in an indeterminate state with aggregated damages because Target did not care for me after I was injured at the Madison, Wisconsin East side Target store. My injuries are life-threatening. I live with untreated trauma to this present time. I was not trained to work the Semi-truck at the Madison, Wisconsin Target store, I never volunteered of asked to work the truck.

5. Target executive team lead Melissa Innis coercively convince me to work the truck. Melissa Innis penciled my name on the schedule to work the truck out of harassment and discrimination. Because I was sometimes the ONLY African American at work at the Madison, Wisconsin Target Store. Melissa Innis wrote fallacious write-ups as her attempt to purge me from the Target store. When Melissa Innis fallacious write-ups did not work to have me abandon my employment with Target, to REMOVE the only African American "lasting" in the Target store out of the store. African American were not welcome at the Target Store. Discrimination Complaints have been filed before on the Madison, Wisconsin East side Target store.

Statutes violated: Title VII of the Civil Rights act 1964. Title VI of the Civil Rights Act of 1964 and 42 U.S.C 1981. The fourteen Amendment, equal protection.

H.J. Res. 17 [2019]

C.  **JURISDICTION**

☑  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  **RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I need the Federal Court and the Federal Judge to respect my lawsuit. Stop just

agreeing with Target and other entities an examine my evidence. I have not been

invoking my right to redress ALL THESE YEARS if I was not seriously injured. I

sustained life-threatening lifetime damages during my employment with TARGET. I did

what I must do after I was injured, reported my injuries to Target. TARGET was a NO

RESPONSE. Target's contract is to offer me medical care after a injury. I was denied

medical care, Target recognized I was injured VIA the full and final compromise agree-

ment, this agreement cannot be minimized. Because it proves Target recognized I am

injured, but denied me medical care is an ATTEMPT TO MURDER. I want the court to

provide me the compensation I have requested because Target will continue to be bias.

2. Defendant **David, unaware of last name**
(Name)

is (if a person or private corporation) a citizen of **Wisconsin**
(State, if known)

and (if a person) resides at **UNKNOWN**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Target Corporation-Stores 4301 Lien Rd. Madison, WI 53704**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. David, last name unknown. 2. David forced me to work in Softline alone.

The Softline area takes a least five or six people to complete.

Tonya Yancey and Sue, Sue last name is unknown to me] asked David if they could

come help me with the work, David told them I did not need any help.

David violated the Thirteen Amendment 3. During my employment with the Madison WI

East side Target Store. exact date unknown. 4 The East side Madison Wisconsin

Target store. 5. Because I am African American, African Americans are

expected to work harder that white team members.

Attachment One (Complaint) – 2

*MaryAnn Nawrocki*   2/14/26

Statute Thirteen Amendment. slave treatment.

Wisconsin Statute 968.3. unlawful surveillance.

Wisconsin Statue 813.125. harassment.

Federal law 18 U.S.C. 1113

denying me medical treatment became criminal because the denials were intentional and malicious. Target was aware I was life-threatening -lifetime permanently damaged constitutes to negligence that is reckless, and a disregard for my life. Target should have provided me with medical treatment. Target did not offer me medical treatment after I was injured, Target corporation-stores abandoned me, denied me compensation for permanent damages, left me to life my life with untreated trauma, this is an an attempt to murder. I finally had the medical tests to prove I sustained injuries to my body in the YEAR 2022. If [ I ] was not persistent, I would have never received the MRI'S I needed to prove that I was permanently damaged unloading Target's trailer truck May 15, 2009, I entered the Madison, Wisconsin East Target uninjured. On May 16, 2009, I arose out of my bed with life-threaten, lifetime permanent damages to my body! My damages are not from me growing older, as being claimed because I am older, my damages, the CAUSE of my damages are from the trailer truck unloading. Target fortified the right to deny me the compensation I have requested because Target violated their CONTRACT to provide me with medical care after I was injured. Target violated their protocol.

Attachment One (Complaint) – 3

*Maryann Nawrocki*   2/14/26

E.   **JURY DEMAND**

☐ Jury Demand - I want a jury to hear my case
OR
☑ Court Trial – I want a judge to hear my case

Dated this __11__ day of __February__ 20__26__.

Respectfully Submitted,

_____
Signature of Plaintiff

**Maryann [Shaw] Nawrocki**

Plaintiff's Telephone Number

**904-704-8835**

Plaintiff's Email Address

**verbalart62@yahoo.com**

**2203 Art Museum Dr. # F239 Jacksonville, FL 32207**

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5

NAWROCKI-COMPENSATION REQUESTED                                    Pg. 1 of 1

Maryann [Shaw] Nawrocki                                            02/14/2026

2203 Art Museum Drive

Studio F 239

Jacksonville, Florida 32207

904-704-8835

Verbalart62@yahoo.com


*Workplace injuries compensation requested amount.*

[A] Herniated Disc…… Neck damages with……Aggravated damages without medical care aggravated pain and suffering….

 Fourteen Million Dollars, with punitive damages of twenty Million Dollars.

[B] Right shoulder…. Full Rotator Cuff Tear-suffered without medical care aggravated pain and suffering because I was denied medical care….

Twenty Million Dollars, punitive damages. Thirty Million Dollars.

[C] Fractured Spine-suffered aggravated pain and suffering because I was denied medical care.

Fifty Million Dollars. Punitive damages seventy-five Million Dollars.

My compensation is NOT exceeding because Target did not follow their own policies, procedures protocol to order medical tests to PROVE or DISPROVE that I was injured at Target ON May 15, 2009…… and after I reported I was injured to Target on May 16, 2009- Target did not offer me medical care.   I have focused on the workplace injuries that I sustained at Target because the injuries ruined my life. But I was also harassed, sexually harassed, denied a deserve

NAWROCKI-COMPENSATION REQUESTED                                Pg. 2 of 2

raise and was subjected to race discrimination during my employment with the Madison, Wisconsin East Sided Target store, because I am African American.

TARGET REFUSED TO MEDIATE…..

I was willing to meet with Target to mediate for a sufficient settlement. To be reasonable…… Target's Full and Final Compromise agreement to a settlement offered me NINE HUNDRED DOLLARS for what TARGET CORPORATION-STORES was aware of….

*[Read the agreement instead of ignoring it…. page three, paragraph one]*

that I was life-threatening, lifetime permanently damaged…… Target Named the agreement FULL AND FINAL, because Target did not care if I lived my life damaged with SEVERE PAIN! SUFFERING from untreated trauma….. this is an attempt to murder…… but Target was again…… A NO RESPONSE…..  So, I have requested the compensation I feel will make me whole and the PUNITIVE DAMAGES that will discourage the Target corporation-Stores from denying any other injured team member medical care, regardless of the person's race, national origin, hair texture, skin color, lip size. *Diversity is what makes us different. It is to be celebrated not ostracized.* **Like Target's DEI denials….**

Target's behavior toward me was like Target's behavior of the DEI program, discarded like a piece of trash. I am worthy of the compensation I have requested! I need to be made WHOLE!

*Maryann Nawrocki*                                                              2/14/26

Maryann [Shaw] Nawrocki
2203 Art Museum Drive
Studio F239
Jacksonville, Florida 32207
904-704-8835   limitations
verbalart62@yahoo.com



FILED/REC'D
2026 FEB 23  A 11: 41
CLERK OF COURT
U.S. DISTRICT COURT
..D OF WI

### *MY STATUTE OF LIMITATIONS NEVER BEGAN*

According to the EEOC [Milwaukee, Wisconsin] ….. my "Statute of limitations" does not began until "My end of healing period." I never had an end of healing period. Period.. because Target has not yet, recognized me as an injured Target team member and offered me medical care. Therefore, Target has not discovered the injuries I sustained to my body because Target was a NO RESPONSE after I reported my injuries to Target on May 16, 2009.   Target did not mandate an IME or an MRI, any tests to prove or disprove I was injured unloading Target's Semi-truck. Target evades my request for compensation and medical care.  The EEOC mailed my right to sue letter to an incorrect address, so I would not receive the right to sue letter to sue Target.. my discovery of my injuries is my discovery, Target has yet to discover my injuries therefore my STATUTE of LIMITATIONS HAS NOT BEGAN, this is the law.

*Maryann Nawrocki*